# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-25344-CMB |
| Micah R. Dunn, | ) | |
| Shannon A. Dunn, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | **April 12, 2017 at 11:00 a.m.** |
| vs. | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 7 AND 13 BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Micah R. Dunn and Shannon A. Dunn.

2. This is an interim application for the period July 23, 2015 to March 15, 2017.

3. Previous retainer paid to Applicant: $500.00

4. Previous interim compensation allowed to Applicant: $7,637.02

5. Applicant requests additional:
   Compensation of $2,421.00
   Reimbursement of Expenses of $163.85

6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 Judge Carlotta M. Bohm, on April 12, 2017, at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before April 1, 2017, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: March 15, 2017

s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com