## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICAH R. DUNN, | : | Bankruptcy No. 13-25344-CMB |
| SHANNON A. DUNN, | : | |
| <u>Debtors.</u> | : | Chapter 13 |
| MICHAH R. DUNN, | : | |
| SHANNON A. DUNN, | : | Document No. |
| | : | |
| Movant, | : | Related to Document No. 143 |
| v. | : | |
| | : | |
| NO RESPONDENT, | : | **Hearing Date & Time:** |
| | : | December 7, 2017 at 10:30 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED CHAPTER 13 PLAN DATED 10/13/2017

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Chapter 13 Plan dated 10/13/2017 at Document 143 filed on October 13, 2107 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Order scheduling Hearing at Document 144, objections to the Plan were to be filed and served no later than November 20, 2017.

It is hereby respectfully requested that an Order be entered by the Court.

Date: <u>November 24, 2017</u>

s/Brian C. Thompson
Brian C. Thompson, Esquire
Pa. I.D. #91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com