# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: MICAH R. & SHANNON A. DUNN
- Case Number: 13-25344-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 07, 2017  10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
12/7/17 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#143 Amended Plan Dated 10/13/2017 (FC)
R / M #:  143 / 0

**Appearances:**

- Debtor: _____
- Trustee: Winnecour / Bedford / (Pail) / Katz — Thompson
- Creditor:

*§1329 modification for PCN*

*Con't for Debtor's counsel to review Trustee's calc.*

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/8/18 at 10:30 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

12/1/2017    3:06:30PM