# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MICAH R. & SHANNON A. DUNN
**Case Number:** 13-25344-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/9/18 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#143 - Continued Confirmation of Plan Dated 10/13/2017 (FC)
R / M #: 143 / 0

### *Appearances:*

Debtor: Thompson
Trustee: Winnecour / Pai / Katz
Creditor:

*Debtor still review Tee's Calc to CM.*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/12/18 at 10:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/31/2018    4:07:27PM