## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Micah Dunn, | : | Bankruptcy No.: 13-25344-CMB |
| Shannon Dunn, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| _____ | : | Document No.: |
| Micah Dunn, | : | |
| | : | Related to Document No.: 150 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Covenant Church of Pittsburgh, | : | |
| | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on March 2, 2018 via first class mail postage prepaid:

>Covenant Church of Pittsburgh
>ATTN: Payroll Department
>1111 Wood Street
>Pittsburgh, PA 15221

Executed on:   March 2, 2018              /s/Jill A. Gorzé
                                          Jill A. Gorzé, Paralegal
                                          Thompson Law Group, PC
                                          125 Warrendale-Bayne Road, Suite 200
                                          Warrendale, PA 15086
                                          Telephone: 724-799-8404
                                          Facsimile: 724-799-8409
                                          jgorze@thompsonattorney.com