**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/20/2018

IN RE:

MICAH R. DUNN
SHANNON A. DUNN
231 PHEASANT DRIVE
PITTSBURGH, PA 15235
XXX-XX-6546        Debtor(s)

XXX-XX-4812

Case No. 13-25344 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/20/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 424.77 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5001 |
| **PENN HILLS SEWAGE(*)** <br> C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR <br> POB 3020 <br> NORRISTOWN, PA  19404 | Trustee Claim Number: 2    INT %: 10.00% <br> Court Claim Number: 3 <br> CLAIM: 178.27 <br> COMMENT: 450J042*$@10%/CL-PL*2008*MUNIC LIEN/SCH*W/15 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: J042 |
| **PNC MORTGAGE DIV PNC BANK NA** <br> ATTN BANKRUPTCY DEPT <br> 3232 NEWMARK DR <br> MIAMISBURG, OH  45342 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: SEE LOAN MOD @ CID 20*590.45/PL@PNC MTG*799.81 X (60+2)=LMT*BGN 1/14*DK | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 3862 |
| **PERITUS PORTFOLIO AS ASSIGNEE FOR NCEP** <br> PO BOX 141419 <br> IRVING, TX  75014-1419 | Trustee Claim Number: 4    INT %: 5.00% <br> Court Claim Number: 2 <br> CLAIM: 14,722.33 <br> COMMENT: $CL-PL@5%@MDF/PL*FR SANTANDER-DOC 92 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7471 |
| **ECMC(*)** <br> LOCKBOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN  55116-0478 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 4,458.65 <br> COMMENT: 1190806032/SCH**FR PHEAA-DOC 85 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4812 |
| **BANK OF AMERICA**** <br> ATTN FIA CARD SVCS-PMT SVCS <br> 1000 SAMOSET DR <br> NEWARK, DE  19713 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 119086032 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JEFFERSON REG HOME HEALTH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3745497 |
| **GREAT LAKES HIGHER ED CORP** <br> 2401 INTERNATIONAL LN <br> MADISON, WI  53704 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2859784153179 |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br> MADISON, WI  53701 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: UPMC PHYS SRVCS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 25134549 |
| **JENNIFER L CERCE ESQ** <br> MAIELLO BRUNGO & MAIELLO LP <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PENN HILLS SD/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENN HILLS MUNICIPALITY (EIT)**\*\*<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15236 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 1,476.64<br>COMMENT: CL 1 GOVS\*2067.32TTL/PL\*07-09\*NT/SCH\*W/12 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4812 |
| **PENN HILLS SD (PENN HILLS) (EIT)**\*\*<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 590.68<br>COMMENT: CL 1 GOVS\*2067.32TTL/PL\*07-09\*NT/SCH\*W/11 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4812 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 281.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 13-25344 GLT |
| **PNC MORTGAGE DIV PNC BANK NA**<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 5,207.77<br>COMMENT: PDb4LOAN MOD @ CID 20\*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3862 |
| **PENN HILLS SEWAGE(\*)**<br>C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR<br>POB 3020<br><br>NORRISTOWN, PA 19404 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 60.50<br>COMMENT: 450J042\*$CL-PL\*2008\*NON INT\*MUNIC LIEN/SCH\*W/2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J042 |
| **US DEPARTMENT OF EDUCATION**\*\*<br>C/O GREAT LAKES EDUCATIONAL LN SVCS INC<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:4 | CLAIM: 15,891.74<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4812 |
| **US DEPARTMENT OF EDUCATION**\*\*<br>C/O GREAT LAKES EDUCATIONAL LN SVCS INC<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 12,695.35<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4812 |
| **PNC MORTGAGE DIV PNC BANK NA**<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 0.00<br>COMMENT: SEE LOAN MOD @ CID 20\*19013.81/CL\*0/PL@PNC MTG | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3862\*THRU 12/13 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 51.44<br>COMMENT: NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 9385 |
| **PNC MORTGAGE DIV PNC BANK NA**<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:08 | CLAIM: 0.00<br>COMMENT: PMT/PL\*LOAN MDF BGN 10-14\*W/21\*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3862 |

| CLAIM RECORDS | | |
|---|---|---|
| **PNC MORTGAGE DIV PNC BANK NA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN BANKRUPTCY DEPT | Court Claim Number:8 | ACCOUNT NO.:  3862 |
| 3232 NEWMARK DR | | |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  OBJ SUSTAINED/DOE*PMT INCRS/OBJ PNDG*W20 | |