IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 13-25344-CMB |
| Micah R. Dunn, Shannon A. Dunn, | Chapter 13 |
| Debtors. | Document No. |
| ---------------------------------------- | Related to Document No. |
| Thompson Law Group, P.C., | |
| Applicant, | **Hearing date and time:** November 29, 2018 at 10:00 a.m. |
| vs. | |
| No Respondent. | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Micah R. Dunn and Shannon A. Dunn.

2. This is a final application for the period February 24, 2016 through November 5, 2018.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant:
$2,584.85 on April 4, 2017, and $7,637.02 on August 13, 2015.

5. Applicant requests additional:
Compensation of $2,410.00
Reimbursement of Expenses of $56.35

6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Carlota M. Böhm on November 29, 2018 at 10:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before November 22, 2018, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: November 5, 2018

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404

[bthompson@thompsonattorney.com](mailto:bthompson@thompsonattorney.com)