## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Micah R. Dunn, and Shannon A. Dunn, | : : : | Bankruptcy Case No.: 13-25344-CMB |
| Debtors. | : : | Chapter 13 |
| Thompson Law Group, P.C., | : : | Document No.: |
| Applicant, | : : | Related to Document No.: 157, 158 |
| v. | : : | |
| No Respondents, | : : | **Hearing Date and Time:** November 29, 2018 at 10:00 a.m. |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 5, 2018 at Document No. 157 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 158, Objections were to be filed and served no later than November 22, 2018.

    It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 157 be entered by the Court.

Date: <u>November 26, 2018</u>    /s/ Brian C. Thompson
    Brian C. Thompson, Esquire
    Attorney for Debtor(s)
    PA ID No. 91197
    THOMPSON LAW GROUP, P.C.
    125 Warrendale Bayne Road, Suite 200
    Warrendale, PA 15086
    (724) 799-8404 Telephone
    (724) 799-8409 Facsimile
    bthompson@thompsonattorney.com