IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Micah R. Dunn, and | : | Bankruptcy Case No.: 13-25344-GLT |
| Shannon A. Dunn, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Micah R. Dunn, and | : | Document No.: |
| Shannon A. Dunn, | : | |
| | : | Related to Document No.: |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 4, 2014 at docket numbers 29 and 30 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

    Dated: March 11, 2019          /s/Micah R. Dunn, Debtor
                                   Micah R. Dunn, Debtor
    Dated: March 11, 2019          /s/Shannon A. Dunn, Debtor
                                   Shannon A. Dunn, Debtor

                                   Respectfully submitted,

    Dated: March 11, 2019          /s/Brian C. Thompson, Esquire
                                   Brian C. Thompson
                                   PA ID: 91197
                                   Thompson Law Group, P.C.
                                   125 Warrendale-Bayne Road, Suite 200
                                   Warrendale, PA 15086
                                   (724) 799-8404 Telephone

bthompson@thompsonattorney.com