**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Micah R. Dunn** | Social Security number or ITIN  **xxx–xx–6546** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shannon A. Dunn** | Social Security number or ITIN  **xxx–xx–4812** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–25344–CMB**

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Micah R. Dunn                                Shannon A. Dunn

<u>4/30/19</u>                                                **By the court:**   <u>Carlota M. Bohm</u>
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 13-25344-CMB
Micah R. Dunn                                                       Chapter 13
Shannon A. Dunn
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy              Page 1 of 2           Date Rcvd: Apr 30, 2019
                              Form ID: 3180W          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db/jdb         +Micah R. Dunn,    Shannon A. Dunn,    231 Pheasant Drive,    Pittsburgh, PA 15235-3159
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13772126       +AES,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13772127       +Bank of America,    501 Bleecker Street,    Utica, NY 13501-2401
13772129       +Great Lakes Higher Education,    2401 International Ln,    Madison, WI 53704-3192
13790499       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13795325       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13851802       +PNC MORTGAGE NA,    3232 NEWMARK DR,    MIAMISBURG OH 45342-5433
13772131       +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13772130       +Penn Hills Township,    12000 Frankstown Rd., 2nd Floor,    Pittsburgh, PA 15235-3440
13873725       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13772134       +State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
13772135       +Thomas Puleo, Esquire,    KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,
                 701 Market Street,    Philadelphia, PA 19106-1538
13772137       +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
13793445        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 03:15:51     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/Text: peritus@ebn.phinsolutions.com May 01 2019 03:16:42     Peritus Portfolio Service,
                 POBox 141419,    Irving, TX  75014
13772128       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 01 2019 03:16:20
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13850282       +E-mail/Text: kburkley@bernsteinlaw.com May 01 2019 03:16:34     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13976829        EDI: ECMC.COM May 01 2019 06:58:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
14077148        E-mail/Text: peritus@ebn.phinsolutions.com May 01 2019 03:16:42
                 Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
13772133       +EDI: DRIV.COM May 01 2019 06:58:00      Santander Consumer,    PO Box 961245,
                 Fort Worth, TX 76161-0244
13784955       +EDI: DRIV.COM May 01 2019 06:58:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
13772136       +E-mail/Text: BankruptcyNotice@upmc.edu May 01 2019 03:16:27     UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +Penn Hills School District,   c/o Maiello, Brungo & Maiello, LLP,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13782115       ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13772132       ##+Portnoff Law Associates, LTD,    1000 Sandy Hill Road,   Suite 150,   Norristown, PA 19401-4181
                                                                                 TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy                  Page 2 of 2              Date Rcvd: Apr 30, 2019
                              Form ID: 3180W              Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Joint Debtor Shannon A. Dunn bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Micah R. Dunn bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```