**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICAH R. DUNN
    SHANNON A. DUNN
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-25344

Chapter 13

Document No.:   168

ORDER OF COURT

AND NOW, this ___30th___ day of ___April___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
4/30/19 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-25344-CMB
Micah R. Dunn                                                       Chapter 13
Shannon A. Dunn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 2          Date Rcvd: Apr 30, 2019
                             Form ID: pdf900      Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db/jdb       +Micah R. Dunn,    Shannon A. Dunn,    231 Pheasant Drive,    Pittsburgh, PA 15235-3159
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13772126     +AES,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13772127     +Bank of America,    501 Bleecker Street,    Utica, NY 13501-2401
13976829      ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13772129     +Great Lakes Higher Education,    2401 International Ln,    Madison, WI 53704-3192
13790499     +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13795325     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13851802     +PNC MORTGAGE NA,    3232 NEWMARK DR,    MIAMISBURG OH 45342-5433
13772131     +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
13772130     +Penn Hills Township,    12000 Frankstown Rd., 2nd Floor,    Pittsburgh, PA 15235-3440
13873725     +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
               Pittsburgh, PA 15212-5866
13772133     +Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244
13784955     +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13772134     +State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
13772135     +Thomas Puleo, Esquire,    KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,
               701 Market Street,    Philadelphia, PA 19106-1538
13772137     +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
13793445      US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: peritus@ebn.phinsolutions.com May 01 2019 03:16:42     Peritus Portfolio Service,
               POBox 141419,    Irving, TX  75014
13772128     +E-mail/Text: vmcpherson@creditmanagementcompany.com May 01 2019 03:16:20
               Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13850282     +E-mail/Text: kburkley@bernsteinlaw.com May 01 2019 03:16:29     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
14077148      E-mail/Text: peritus@ebn.phinsolutions.com May 01 2019 03:16:42
               Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
13772136     +E-mail/Text: BankruptcyNotice@upmc.edu May 01 2019 03:16:27     UPMC Physician Services,
               1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
                                                                                        TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC Bank, National Association
cr*           ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*          +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr*          +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
               Pittsburgh, PA 15235-5137
13782115     ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
               Pittsburgh, PA 15235-5137
13772132     ##+Portnoff Law Associates, LTD,    1000 Sandy Hill Road,    Suite 150,    Norristown, PA 19401-4181
                                                                         TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature:   /s/Joseph Speetjens

District/off: 0315-2          User: culy              Page 2 of 2           Date Rcvd: Apr 30, 2019
                             Form ID: pdf900          Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Joint Debtor Shannon A. Dunn bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Brian C. Thompson    on behalf of Debtor Micah R. Dunn bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 9